JAMES P.C. SILVESTRI, ESQ.
ROBERT P. MOLINA, ESQ.
PYATT SILVESTRI & HANLON
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
(702) 384-2572 (fax)

*Attorneys for Defendants Jeremiah Juso
And Abercrombie & Fitch Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APOSTOLOS HIROPOULOS<br><br>    Plaintiff,<br><br>vs.<br><br>JEREMIAH JUSO, Individually, ABERCROMBIE and FITCH STORES, INC., an Ohio Corporation, DOES I through X, inclusive, and ROES XI through XX,<br><br>    Defendants. | CASE NO: 2:09-cv-00307-JCM-RJJ |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-referenced matter shall be dismissed, with prejudice, each party to bear its own fees and costs.

A trial has been set in this matter for February 27, 2012. IT IS HEREBY STIPULATED that the Trial will be vacated.

Dated this 10th day of January, 2012.

AMICK LAW OFFICE

_____
Robert L. Amick, Esq.
6030 S. Rainbow Blvd., Ste. D-1
Las Vegas, NV 89118

*Attorney for Plaintiff*

Dated this 11th day of January, 2012.

PYATT SILVERSTRI & HANLON

_____
James Silvestri, Esq.
Robert P. Molina, Esq.
701 Bridger Avenue, Ste. 600
Las Vegas, NV 89101

*Attorneys for Defendants*

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice, each party to bear its own costs.

The trial date of February 27, 2012 is hereby vacated.

DATED January 13, 2012.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

Submitted by:

PYATT SILVESTRI & HANLON

JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ROBERT P. MOLINA, ESQ.
Nevada Bar No. 6422
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702)383-6000
Attorneys for Defendants